# Court of Appeals
# of the State of Georgia

ATLANTA, January 21, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0115. PETERSON v. BANK OF AMERICA, N. A. et al.**

The appellee has filed a motion to dismiss this case, contending that the appellant failed to timely file her notice of appeal from the trial court's order. The record shows that the trial court's order was filed on December 12, 2014, but the appellant did not file her notice of appeal until January 14, 2015, 33 days later.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, the appellant filed her notice of appeal 33 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this appeal, and the appellee's motion to dismiss is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/21/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*